(January 2, 1925.)

FIRST NATIONAL BANK OF POCATELLO, IDAHO, a Banking Corporation, Respondent, v. THE MERCHANTS FIRE INSURANCE CO., a Corporation; THE NORTH AMERICAN MORTGAGE BANK, a Corporation, Defendants; INTERMOUNTAIN ASSOCIATION OF CREDIT MEN, a Corporation; CORA F. SNYDER, Administratrix of the Estate of W. C. SNYDER, Deceased, and CORA F. SNYDER, Appellants.

[232 Pac. 903.]

APPEAL from the District Court of the Fifth Judicial District, for Bannock County. Hon. O. R. Baum, Judge.

Action to enforce equitable lien on proceeds of fire insurance policy. Judgment for plaintiff. *Affirmed.*

B. W. Davis, for Appellants.

Budge & Merrill, for Respondent.

T. BAILEY LEE, District Judge.—This case is controlled in principle by the decision just announced in *First National*

*Bank of Pocatello v. Commercial Union Assur. Co., Ltd., of London, England, et al., ante,* p. 236, 232 Pac. 899; the main difference in the facts being that the insurance policy in this case was taken out after the execution of the mortgage, and included the store building only.

Judgment and decree accordingly affirmed.

McCarthy, C. J., and Wm. E. Lee, J., concur.

Budge, J., being disqualified, did not sit at the hearing nor participate in the decision.

William A. Lee, J., did not sit at the hearing nor participate in the decision.